UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-315-D1

UNITED STATES OF AMERICA

v.

MALAIK SAIQUAN FLOURNOY

ORDER TO SEAL

On motion of the Defendant, Malaik Saiquan Flournoy, and for good cause shown, it is hereby ORDERED that docket entry number DE 22 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 21st day of October, 2020.

Robert T. Numbers, II
United States Magistrate Judge