# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Malaik Saiquan Flournoy**           **Docket No. 5:20-CR-315-1D**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Malaik Saiquan Flournoy, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 28th day of July, 2020.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On the evening of January 21, 2021, Flournoy telephoned the probation officer and requested permission to attend his grandfather's funeral service in Salisbury, North Carolina, on January 22, 2021. During our phone conversation, the defendant's speech was somewhat slurred, and it sounded as though he could be under the influence of alcohol. This officer approved the requested travel to Salisbury and advised Flournoy that leave time would be granted from 09:00 to 19:00 allowing him to attend the service and spend some time with family. On January 22, 2021, this officer was notified at 19:24 that the defendant had not returned to his residence as directed. Contact was made with Flournoy to determine the issue with him returning home, and he informed this officer that he "didn't remember talking with me last night." Consequently, he did not recall the 19:00 curfew stipulation. A review of the defendant's GPS location confirmed he remained out of district in Salisbury, North Carolina, and I directed him to immediately return home. The defendant acknowledged same.

On the morning of January 23, 2021, the defendant's GPS location was reviewed, and he was traveling east on Hwy 85 near Mebane, North Carolina, at 09:17. This officer subsequently called the defendant on three separate occasions and text him to return my call right away. I also sent a message via the GPS monitoring device directing Flournoy to call me immediately, and the defendant failed to call his officer at any point. Flournoy blatantly disregarded this officer's instructions on travel restrictions outside of our district and additionally, refused to communicate with this officer as instructed.

Furthermore, Flournoy was entered into our district's Surprise Urinalysis Program upon his release to pretrial supervision. Flournoy failed to report for random drug testing via the code-a-phone program on August 19, 2020; September 8, 2020; September 28, 2020; and November 30, 2020.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked.

**Malaik Saiquan Flournoy**
**Docket No. 5:20-CR-315-1D**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Julie W. Rosa | /s/ Linwood E. King |
| Julie W. Rosa | Linwood E. King |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8682 |
| | Executed On: February 11, 2021 |

Considered and ordered on  February 12, 2021  . It is further ordered that this document shall be filed and made a part of the records in the above case.

_____
Robert T. Numbers, II
United States Magistrate Judge