UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Malaik Saiquan Flournoy**           **Docket No. 5:20-CR-315-1D**

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Malaik Saiquan Flournoy, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on July 19, 2021, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Malaik Saiquan Flournoy was released from custody on October 3, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 11, 2025, the defendant was arrested for Driving While Impaired, Driving While License Revoked Not Impaired Revocation, Failure to Maintain Lane Control, in Wake County, North Carolina (25CR436402). When confronted, he admitted to the same offenses and was apologetic for his actions. He was reprimanded for making poor decisions and driving without a license. The defendant is being referred to an assessment to address his alcohol use and will have increased contact with the U.S. Probation Office. Based on the defendant's arrest and admission, it is recommended that he be ordered to participate in the Alcohol Remote Monitoring Program for 60 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 60 consecutive days. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: October 17, 2025

Malaik Saiquan Flournoy
Docket No. 5:20-CR-315-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __20__ day of __October__, 2025, and ordered filed and made a part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
U.S. District Judge