UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Malaik Saiquan Flournoy**  Docket No. 5:20-CR-315-1D

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Malaik Saiquan Flournoy, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on July 19, 2021, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Malaik Saiquan Flournoy was released from custody on October 3, 2025, at which time the term of supervised release commenced.

On October 17, 2025, a Petition for Action was submitted to the court reporting the defendant engaged in criminal conduct. It was recommended that he participate in the Remote Alcohol Monitoring Program for 60 days. The court agreed to the modification, and supervision was continued.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 29, 2025, the defendant began the Remote Alcohol Monitoring Program, and he was informed of the rules, which include to abstain from the use of alcohol. On November 14, 2025, the defendant submitted a positive alcohol test for .033 BAC. When confronted, he denied use. This officer used cognitive interventions to discuss his alcohol use. Based on his continued use, we believe it is appropriate to add an alcohol abstinence condition to further reinforce the expectations of this sanction.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

Except as herein modified, the judgment shall remain in full force and effect.

Malaik Saiquan Flournoy
Docket No. 5:20-CR-315-1D
Petition For Action
Page 2

Reviewed and approved,

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: November 18, 2025

### ORDER OF THE COURT

Considered and ordered this __19__ day of __November__, 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge